IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
(PENSACOLA DIVISION)

AMBER RYALS,                              *

        PLAINTIFF,              *

V.                                        *        CASE NO. 3:16-CV-00164-MCR-CJK

EQUIDATA, INC.,                           *

        DEFENDANT.              *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### AFFIDAVIT OF ANDREW COLE, ESQ.

This day personally appeared before me, the undersigned, a Notary Public, of and for the City and Commonwealth aforesaid, after being by me first duly sworn, deposed and said as follows:

1. My name is Andrew Cole, Esq. This affidavit is based upon my personal knowledge. I am over 18 years of age, have personal knowledge of the facts herein, and am otherwise competent to testify.

2. I am a practicing attorney with business offices located in both Wilmington, Delaware and Annapolis, Maryland. I am a shareholder and Vice President at the law firm of LeClairRyan, A Professional Organization. I am licensed to practice in Florida and admitted to practice in the U.S. District Court for the Northern District of Florida. I represent Defendant Equidata, Inc. ("Equidata") and am the managing attorney and counsel of record in the above-captioned case.

3. I have been engaged in the practice of law for the past eighteen years. I am a business lawyer practicing in corporate and commercial litigation, corporate governance,

1

employment litigation, and business transactions. I regularly handle a variety of business litigation cases in my practice, including a number of litigation matters before federal and state courts throughout the Commonwealth of Virginia, and the states of Maryland, Delaware, and Florida. I have experience defending against FDCPA and other consumer protection statute cases with issues similar to the issues presented in the above-captioned case.

4. I make every attempt to be efficient in cases I handle for numerous clients.

5. Alexander Green is a fifth year associate who has been working with me on the above-captioned lawsuit under my supervision and direction. Mr. Green is a litigation attorney with experience with claims arising under the Fair Debt Collection Practices Act and other financial and collections litigation cases with issues similar to the issues presented in the above-captioned case.

6. William Sleeth, III, Esq. is a partner and Vice President at the law firm of LeClairRyan, A Professional Organization who has worked with me on the above-captioned lawsuit. Mr. Sleeth originated the representation of Equidata in the above-captioned lawsuit and assisted with preparing initial strategy in connection with the same.

7. The invoices attached to this Affidavit as **Exhibit A** ("Invoices") are true and accurate time keeping records for each and every task Defendant's attorneys performed in this litigation and the costs incurred on behalf of Defendant in this litigation. The invoices set forth narrative descriptions of such tasks and the time spent on such tasks to the nearest tenth hour. Each attorney who performed tasks in connection with this litigation made a contemporaneous, detailed record of the time to the nearest tenth hour, which are reflected in the Invoices.

8. As set forth in the invoices, my hourly rate is $280.00. Mr. Green's hourly rate is $210.00. Ms. Sleeth's hourly rate is $280.00. In my experience, the hourly rates charged by

2

myself, Mr. Green, and Mr. Sleeth are reasonable and customary for similar litigation issues in the State of Florida and are in accordance with the prevailing market rates in the State of Florida. Further supporting the reasonableness of such fees and hours, LeClairRyan attorneys provided Equidata with courtesy discounts in the amount of $1,780.00, and Equidata does not seek payment of such fees from Plaintiff. See Exhibit A.

9. Our initial investigation revealed that this case, rather than constituting a legitimate effort by a plaintiff to redress a statutory violation, in fact appeared to constitute an effort by the Plaintiff's law firm to fabricate FDCPA claims for the purpose of enriching itself, as evidenced by the multitude of identical filings by plaintiffs in multiple jurisdictions involving different defendants but the same modus operandi. Equidata made the conscious choice to vigorously defend this abusive action rather than simply settling the case. While the fees incurred may have exceeded the settlement value of the case, they were reasonable, normal and customary for the work sought by Equidata and performed by our firm.

10. Equidata seeks fees and costs in the amount of $15,493.10 in this case, which are reasonable under the circumstances and in line with the result achieved for Defendant.

Further the affiant sayeth not.

October 5, 2017

Andrew Cole

STATE OF MARYLAND

CITY OF ANNAPOLIS, to-wit:

THIS DAY, ANDREW COLE personally appeared before me, a Notary Public, in and for the jurisdiction aforesaid who made oath that the information contained herein is true and accurate to the best of his information, knowledge and belief.

GIVEN under my hand this 5th day of October, 2017.

Notary Public

My Commission Expires: 01/31/2021

DAMIAN M. GARCIA
Notary Public
Anne Arundel County
Maryland
My Commission Expires Jan. 31, 2021

3

# Exhibit A



**LeClairRyan**

A Virginia Professional Corporation
P.O. Box 780054
Philadelphia, PA 19178-0054

EIN NO: 41-2252451

Dena K. Greenwood, Esq.
dena.greenwood@us.qbe.com

October 26, 2016
File Number: 28019.3000
Invoice No: 737915

Matter: FDCPA Claim: Ryals
$25,000 deductible (QBE LSS)
Claim Number: 387054N
Claim Representative: Dena Greenwood

### CURRENT BILLING THROUGH OCTOBER 26, 2016

| | |
|---|---:|
| Fees for Professional Services | $12,334.00 |
| Expenses and Advances | $39.10 |
| Costs Incurred not Advanced | $0.00 |
| Less Courtesy Discount | ($1,500.00) |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$10,873.10** |
| | |
| Previous Balance Due | $0.00 |
| Payments/Adjustments | $0.00 |
| **TOTAL BALANCE DUE** | **$10,873.10** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

**Invoices are Due Upon Receipt - Pay Online Now with <u>Client Bill Pay</u> at www.leclairryan.com**
.

**THE FIRM'S HOURLY RATES ARE REVIEWED ANNUALLY AND MAY
CHANGE EFFECTIVE JANUARY 1ST UNLESS OTHERWISE AGREED**

**FOR ALL BILLING INQUIRIES
PLEASE CONTACT THE ACCOUNTS RECEIVABLE DEPARTMENT – 1.888.783.2003**
Client.billing@leclairryan.com

QBE North America
File Number: 28019.3000

Page 2
Invoice No: 737915

**PROFESSIONAL SERVICES**

| Date | Description | Init | Task | Activity | Hours | Rate | Amount |
|------|-------------|------|------|----------|-------|------|--------|
| 06/06/16 | Reviewed and analyzed information and documents regarding new claim. | WWS | L110 | A104 | 0.90 | 280.00 | **252.00** |
| 06/07/16 | Continued review of matter background documents, and telephone discussion of matter background issues and facts with Ms. Moran. | WWS | L110 | A106 | 0.80 | 280.00 | **224.00** |
| 06/13/16 | Review complaint and documents from client. | ALC | L110 | A104 | 0.50 | 280.00 | **140.00** |
| 06/13/16 | Formulated matter strategy regarding defense of new claim. | WWS | L120 | A101 | 0.30 | 280.00 | **84.00** |
| 06/13/16 | Composed e-mail to client discussing defense of claim. | WWS | L120 | A106 | 0.20 | 280.00 | **56.00** |
| 06/14/16 | Conference call with client regarding new matter. | ALC | L110 | A106 | 0.80 | 280.00 | **224.00** |
| 06/14/16 | Review Complaint, causes of action, and documents from client. | ALC | L120 | A104 | 1.10 | 280.00 | **308.00** |
| 06/14/16 | Prepared for telephone conference with clients, and telephone conference with clients and discussed defense of matter. | WWS | L120 | A106 | 0.70 | 280.00 | **196.00** |
| 06/15/16 | Review correspondence to and from debtor and attorney.  Review complaint and research claims as they pertain to facts and circumstances of case. | ALC | L110 | A104 | 0.90 | 280.00 | **252.00** |
| 06/16/16 | Emails to and from client regarding additional documents. | ALC | L110 | A106 | 0.20 | 280.00 | **56.00** |
| 06/16/16 | Analyze complaint and related correspondence as well as other lawsuits filed by plaintiff's attorney, wherein similar claims were asserted. | ARG | L120 | A104 | 1.40 | 210.00 | **294.00** |
| 06/16/16 | Research procedure for a furnisher of credit information to handle direct dispute from consumer. | ARG | L240 | A102 | 0.90 | 210.00 | **189.00** |
| 06/17/16 | Review issues for motion to dismiss and motion for sanctions.  Email client regarding same. | ALC | L240 | A104 | 0.90 | 280.00 | **252.00** |
| 06/17/16 | Research standard for motion for sanctions in Eleventh Circuit, including analysis case law provided by client. | ARG | L250 | A102 | 2.00 | 210.00 | **420.00** |
| 06/20/16 | Draft section of motion to dismiss discussing plaintiff's failure to identify which sections of the FCPA and FCCPA she claims were violated. | ARG | L240 | A103 | 1.20 | 210.00 | **252.00** |
| 06/20/16 | Draft section of motion to dismiss discussing the insufficiency of plaintiff's FDCPA claim. | ARG | L240 | A103 | 2.50 | 210.00 | **525.00** |
| 06/20/16 | Draft section of motion to dismiss discussing preemption of FCCPA and other deficiencies with such claim. | ARG | L240 | A103 | 0.80 | 210.00 | **168.00** |
| 06/20/16 | Analyze complaints filed by opposing counsel in similar lawsuits. | ARG | L250 | A104 | 0.40 | 210.00 | **84.00** |

QBE North America
File Number: 28019.3000

Page 3
Invoice No: 737915

| Date | Description | Init | Task | Activity | Hours | Rate | Amount |
|------|-------------|------|------|----------|-------|------|--------|
| 06/21/16 | Review and revise draft motion to dismiss. Review identical complaints filed by same attorney and review motions to dismiss filed against. | ALC | L240 | A103 | 2.50 | 280.00 | **700.00** |
| 06/21/16 | Revise and improve memorandum in support of motion to dismiss. | ARG | L240 | A103 | 3.00 | 210.00 | **630.00** |
| 06/22/16 | Research procedural framework for motion for sanctions pursuant to FDCPA. Review and revise motion to dismiss. Draft notice of related cases. Review related cases (many) filed by opposing counsel. | ALC | L240 | A103 | 4.70 | 280.00 | **1,316.00** |
| 06/22/16 | Research allegations, causes of action, and disposition of other cases filed by opposing counsel, in preparation of motion for sanctions (as well as motion to dismiss). | ARG | L250 | A102 | 2.90 | 210.00 | **609.00** |
| 06/23/16 | Review, revise and file motion to dismiss and disclosure of related cases. | ALC | L240 | A103 | 0.70 | 280.00 | **196.00** |
| 06/23/16 | Email client regarding status of filing. | ALC | L240 | A106 | 0.20 | 280.00 | **56.00** |
| 06/23/16 | Begin researching Rule 11 motion. | ALC | L430 | A102 | 0.60 | 280.00 | **168.00** |
| 06/28/16 | Draft motion for sanctions with memorandum. | ARG | L250 | A103 | 2.50 | 210.00 | **525.00** |
| 06/29/16 | Continue drafting motion for sanctions. | ARG | L250 | A103 | 1.60 | 210.00 | **336.00** |
| 07/01/16 | Draft section of motion for sanctions discussing plaintiff's and her attorney's failure to make a reasonable inquiry into the underlying facts of the complaint. | ARG | L250 | A103 | 2.80 | 210.00 | **588.00** |
| 07/01/16 | Draft section of motion for sanctions discussing plaintiff's attorney's advocating frivolous legal theories. | ARG | L250 | A103 | 1.20 | 210.00 | **252.00** |
| 07/06/16 | Review and revise Rule 11 motion. Review responses filed in similar actions.  Review cases cited by Plaintiff in similar proceedings. | ALC | L250 | A103 | 0.70 | 280.00 | **196.00** |
| 07/07/16 | Telephone conference with client regarding status of motions and case strategy moving forward. | ALC | L120 | A106 | 0.30 | 280.00 | **84.00** |
| 07/07/16 | Review opposition to motion to dismiss and review cases cited therein. | ALC | L240 | A104 | 1.10 | 280.00 | **308.00** |
| 07/07/16 | Review Plaintiff's opposition to motion to dismiss. | ALC | L240 | A104 | 0.20 | 280.00 | **56.00** |
| 07/07/16 | Emails to and client regarding opposition to motion to dismiss. | ALC | L240 | A106 | 0.20 | 280.00 | **56.00** |
| 07/07/16 | Draft correspondence to opposing counsel regarding anticipated motions. | ALC | L250 | A103 | 0.50 | 280.00 | **140.00** |
| 07/07/16 | Telephone conference with opposing counsel's office regarding anticipated motions. | ALC | L250 | A107 | 0.20 | 280.00 | **56.00** |
| 07/08/16 | Draft and file motion for leave to file reply. | ALC | L250 | A103 | 0.40 | 280.00 | **112.00** |
| 07/08/16 | Email from opposing counsel in response to request for | ALC | L250 | A107 | 0.10 | 280.00 | **28.00** |

QBE North America
File Number: 28019.3000

Page 4
Invoice No: 737915

| Date | Description | Init | Task | Activity | Hours | Rate | Amount |
|------|-------------|------|------|----------|-------|------|--------|
| | pre-motion conference. | | | | | | |
| 07/11/16 | Review order authorizing reply brief. | ALC | L240 | A104 | 0.10 | 280.00 | **28.00** |
| 07/15/16 | Draft outline of reply brief. | ALC | L240 | A103 | 0.20 | 280.00 | **56.00** |
| 07/16/16 | Research additional case law interpreting cases cited in opposition. | ARG | L240 | A102 | 0.40 | 210.00 | **84.00** |
| 07/16/16 | Draft reply brief supporting dismissal of complaint. | ARG | L240 | A103 | 2.60 | 210.00 | **546.00** |
| 07/16/16 | Analyze and review opposition brief as well as case law cited by Plaintiff. | ARG | L240 | A104 | 0.80 | 210.00 | **168.00** |
| 07/18/16 | Review and revise reply brief. | ALC | L240 | A103 | 1.10 | 280.00 | **308.00** |
| 08/05/16 | Email adjuster regarding status of case. | ALC | L120 | A106 | 0.10 | 280.00 | **28.00** |
| 08/18/16 | Review status of ruling on motion to dismiss. | ALC | L240 | A104 | 0.10 | 280.00 | **28.00** |
| 09/07/16 | Review, revise and file corporate disclosure statement. | ALC | L250 | A103 | 0.20 | 280.00 | **56.00** |
| 09/16/16 | Review scheduling order regarding deadline to conduct Rule 26(f) conference. | ALC | L210 | A104 | 0.20 | 280.00 | **56.00** |
| 09/16/16 | Prepare for Rule 26(f) conference, including drafting of proposed Rule 26(f) Conference Report. | ALC | L230 | A101 | 0.60 | 280.00 | **168.00** |
| 09/16/16 | Conduct Rule 26(f) conference with Attorney Ringelheim. | ALC | L230 | A109 | 0.40 | 280.00 | **112.00** |
| 09/16/16 | Review and revise Rule 26(f) Conference report. Email draft to opposing counsel. | ALC | L250 | A103 | 0.60 | 280.00 | **168.00** |
| 09/16/16 | Email opposing counsel regarding Rule 26(f) conference. | ALC | L250 | A107 | 0.10 | 280.00 | **28.00** |
| 09/27/16 | Review Rule 26(f) conference report. Review Plaintiff's Rule 26 initial disclosures. Draft Equidata's initial disclosures. | ALC | L310 | A103 | 0.40 | 280.00 | **112.00** |
| | **Total Services:** | | | | **50.80** | | **$12,334.00** |

## SUMMARY OF SERVICES BY PHASE/TASK/WORK

| | HOURS | AMOUNT |
|---|---|---|
| | | |

**Phase: L100**                                             **Case Assessment, Development and Administration**

| | HOURS | AMOUNT |
|---|---|---|
| L110 Fact Investigation/Development | 4.10 | 1,148.00 |
| L120 Analysis/Strategy | 4.10 | 1,050.00 |
| TOTAL PHASE L100 | 8.20 | $2,198.00 |

**Phase: L200**                                             **Pre-Trial Pleadings and Motions**

| | HOURS | AMOUNT |
|---|---|---|
| L210 Pleadings | 0.20 | 56.00 |
| L230 Court Mandated Conferences | 1.00 | 280.00 |
| L240 Dispositive Motions | 24.20 | 5,922.00 |
| L250 Other Written Motions and Submissions | 16.20 | 3,598.00 |
| TOTAL PHASE L200 | 41.60 | $9,856.00 |

**Phase: L300**                                             **Discovery**

| | HOURS | AMOUNT |
|---|---|---|
| L310 Written Discovery | 0.40 | 112.00 |
| TOTAL PHASE L300 | 0.40 | $112.00 |

**Phase: L400**                                             **Trial Preparation and Trial**

| | HOURS | AMOUNT |
|---|---|---|
| L430 Written Motions and Submissions | 0.60 | 168.00 |
| TOTAL PHASE L400 | 0.60 | $168.00 |

## SERVICES RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| WWS | William W. Sleeth | $280.00 | 2.90 | $812.00 |
| ALC | Andrew L. Cole | $280.00 | 20.90 | $5,852.00 |
| ARG | Alexander R. Green | $210.00 | 27.00 | $5,670.00 |

## EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Computerized Legal Research | $39.10 |
| | **TOTAL EXPENSES** | **$39.10** |

## SUMMARY OF EXPENSES

E106    Online research                              $39.10



## LECLAIR RYAN

A Virginia Professional Corporation
P.O. Box 780054
Philadelphia, PA 19178-0054

EIN NO: 41-2252451

Dena K. Greenwood, Esq.
dena.greenwood@us.qbe.com

October 26, 2016
File Number:  28019.3000
Invoice No:  737915

Matter:     FDCPA Claim: Ryals
$25,000 deductible (QBE LSS)
Claim Representative: Dena Greenwood
Claim Number: 387054N

### CURRENT BILLING THROUGH OCTOBER 26, 2016

| | |
|---|---:|
| Fees for Professional Services | $12,334.00 |
| Expenses and Advances | $39.10 |
| Costs Incurred not Advanced | $0.00 |
| Less Courtesy Discount | ($1,500.00) |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$10,873.10** |
| | |
| Previous Balance Due | $0.00 |
| Payments/Adjustments | $0.00 |
| **TOTAL BALANCE DUE** | **$10,873.10** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

**Please remit payment to LeClairRyan, P.O. Box 780054, Philadelphia, PA 19178-0054**
Or
**For Wire/ACH/Electronic Payments:**

Wells Fargo Bank N.A.
420 Montgomery Street
San Francisco, CA  94104
Please Reference Invoice or Matter Number(s).

ABA Routing #121000248
ACH ABA Routing # 051400549
LeClairRyan Operating Account # 2055303688350
Swift Code:  WFBIUS6S



LeClairRyan

A Virginia Professional Corporation
P.O. Box 780054
Philadelphia, PA 19178-0054

EIN NO: 41-2252451

Susan Moran
Equidata Inc.
724 Thimble Shoals Boulevard
Newport News, VA 23606

November 10, 2016
File Number: 28019.3000
Invoice No:  740610

Matter:  FDCPA Claim: Ryals
　　　　　$25,000 deductible (QBE LSS)
Claim Number: 387054N
Claim Representative: Dena Greenwood

### CURRENT BILLING THROUGH OCTOBER 31, 2016

| | |
|---|---:|
| Fees for Professional Services | $336.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Courtesy Discount | ($280.00) |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$56.00** |
| | |
| Previous Balance Due | $10,873.10 |
| Payments/Adjustments | $0.00 |
| **TOTAL BALANCE DUE** | **$10,929.10** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

**Invoices are Due Upon Receipt - Pay Online Now with <u>Client Bill Pay</u> at www.leclairryan.com**
.

**THE FIRM'S HOURLY RATES ARE REVIEWED ANNUALLY AND MAY
CHANGE EFFECTIVE JANUARY 1ST UNLESS OTHERWISE AGREED**

**FOR ALL BILLING INQUIRIES
PLEASE CONTACT THE ACCOUNTS RECEIVABLE DEPARTMENT – 1.888.783.2003**
Client.billing@leclairryan.com

QBE North America
File Number: 28019.3000

Page 2
Invoice No: 740610

## PROFESSIONAL SERVICES

| Date | Description | Init | Task | Activity | Hours | Rate | Amount |
|------|-------------|------|------|----------|-------|------|--------|
| 10/17/16 | Prepare initial notes for discovery. | ALC | L310 | A103 | 0.20 | 280.00 | **56.00** |
| 10/26/16 | Prepare for and attend conference call with client. | ALC | L120 | A106 | 1.00 | 280.00 | **280.00** |
| | **Total Services:** | | | | **1.20** | | **$336.00** |

## SUMMARY OF SERVICES BY PHASE/TASK/WORK

| | HOURS | AMOUNT |
|---|-------|--------|
| **Phase: L100** | | **Case Assessment, Development and Administration** |
| L120 Analysis/Strategy | 1.00 | 280.00 |
| TOTAL PHASE L100 | 1.00 | $280.00 |
| | | |
| **Phase: L300** | | **Discovery** |
| L310 Written Discovery | 0.20 | 56.00 |
| TOTAL PHASE L300 | 0.20 | $56.00 |

## SERVICES RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| ALC | Andrew L. Cole | $280.00 | 1.20 | $336.00 |

QBE North America
File Number: 28019.3000

**<u>OUTSTANDING STATEMENTS AS OF NOVEMBER 10, 2016</u>**

Statement No: 737915       10/26/2016        $10,873.10

**TOTAL OUTSTANDING STATEMENTS**      **$10,873.10**



**LeClairRyan**

A Virginia Professional Corporation
P.O. Box 780054
Philadelphia, PA 19178-0054

EIN NO: 41-2252451

Susan Moran
Equidata Inc.
724 Thimble Shoals Boulevard
Newport News, VA 23606

November 10, 2016
File Number: 28019.3000
Invoice No:  740610

Matter:    FDCPA Claim: Ryals
$25,000 deductible (QBE LSS)
Claim Representative: Dena Greenwood
Claim Number: 387054N

## CURRENT BILLING THROUGH OCTOBER 31, 2016

| | |
|---|---:|
| Fees for Professional Services | $336.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Courtesy Discount | ($280.00) |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$56.00** |
| Previous Balance Due | $10,873.10 |
| Payments/Adjustments | $0.00 |
| **TOTAL BALANCE DUE** | **$10,929.10** |
| **MONIES HELD IN TRUST** | **$0.00** |

**Please remit payment to LeClairRyan, P.O. Box 780054, Philadelphia, PA 19178-0054**
**Or**
**For Wire/ACH/Electronic Payments:**

Wells Fargo Bank N.A.
420 Montgomery Street
San Francisco, CA  94104
Please Reference Invoice or Matter Number(s).

ABA Routing #121000248
ACH ABA Routing # 051400549
LeClairRyan Operating Account # 2055303688350
Swift Code:  WFBIUS6S



A Virginia Professional Corporation
P.O. Box 780054
Philadelphia, PA 19178-0054

EIN NO: 41-2252451

Susan Moran
Equidata Inc.
724 Thimble Shoals Boulevard
Newport News, VA 23606

December 7, 2016
File Number:  28019.3000
Invoice No:  745236

Matter:  FDCPA Claim: Ryals
$25,000 deductible (QBE LSS)
Claim Number: 387054N
Claim Representative: Dena Greenwood

### CURRENT BILLING THROUGH NOVEMBER 30, 2016

| | |
|---|---:|
| Fees for Professional Services | $588.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$588.00** |
| | |
| Previous Balance Due | $10,929.10 |
| Payments/Adjustments | $0.00 |
| **TOTAL BALANCE DUE** | **$11,517.10** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

**Invoices are Due Upon Receipt - Pay Online Now with <u>Client Bill Pay</u> at www.leclairryan.com .**

**THE FIRM'S HOURLY RATES ARE REVIEWED ANNUALLY AND MAY
CHANGE EFFECTIVE JANUARY 1ST UNLESS OTHERWISE AGREED**

**FOR ALL BILLING INQUIRIES
PLEASE CONTACT THE ACCOUNTS RECEIVABLE DEPARTMENT – 1.888.783.2003
Client.billing@leclairryan.com**

QBE North America
File Number: 28019.3000

Page 2
Invoice No: 745236

**PROFESSIONAL SERVICES**

| Date | Description | Init | Task | Activity | Hours | Rate | Amount |
|------|-------------|------|------|----------|-------|------|--------|
| 11/08/16 | Draft discovery to Ryals. Email drafts to client to review. | ALC | L310 | A103 | 1.40 | 280.00 | **392.00** |
| 11/17/16 | Review and revise discovery requests and prepare for service. | ALC | L310 | A103 | 0.30 | 280.00 | **84.00** |
| 11/18/16 | Review, revise and serve discovery requests. Email from client approving discovery requests. | ALC | L310 | A107 | 0.40 | 280.00 | **112.00** |
| | **Total Services:** | | | | **2.10** | | **$588.00** |

**SUMMARY OF SERVICES BY PHASE/TASK/WORK**

| | HOURS | AMOUNT | |
|---|-------|--------|---|
| **Phase: L300** | | | **Discovery** |
| L310 Written Discovery | 2.10 | 588.00 | |
| TOTAL PHASE L300 | 2.10 | $588.00 | |

**SERVICES RECAP**

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| ALC | Andrew L. Cole | $280.00 | 2.10 | $588.00 |

QBE North America
File Number: 28019.3000

**<u>OUTSTANDING STATEMENTS AS OF DECEMBER 7, 2016</u>**

| | | |
|---|---|---|
| Statement No: 737915 | 10/26/2016 | $10,873.10 |
| Statement No: 740610 | 11/10/2016 | $56.00 |
| **TOTAL OUTSTANDING STATEMENTS** | | **$10,929.10** |



LeClairRyan

A Virginia Professional Corporation
P.O. Box 780054
Philadelphia, PA 19178-0054

EIN NO: 41-2252451

Susan Moran
Equidata Inc.
724 Thimble Shoals Boulevard
Newport News, VA 23606

December 7, 2016
File Number: 28019.3000
Invoice No: 745236

Matter:      FDCPA Claim: Ryals
$25,000 deductible (QBE LSS)
Claim Representative: Dena Greenwood
Claim Number: 387054N

### CURRENT BILLING THROUGH NOVEMBER 30, 2016

| | |
|---|---:|
| Fees for Professional Services | $588.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$588.00** |
| | |
| Previous Balance Due | $10,929.10 |
| Payments/Adjustments | $0.00 |
| **TOTAL BALANCE DUE** | **$11,517.10** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

**Please remit payment to LeClairRyan, P.O. Box 780054, Philadelphia, PA 19178-0054**
**Or**
**For Wire/ACH/Electronic Payments:**

Wells Fargo Bank N.A.                     ABA Routing #121000248
420 Montgomery Street                    ACH ABA Routing # 051400549
San Francisco, CA  94104                 LeClairRyan Operating Account # 2055303688350
Please Reference Invoice or Matter Number(s).   Swift Code:  WFBIUS6S



P.O. Box 780054
Philadelphia, PA 19178-0054
(804) 783-2003

EIN NO: 41-2252451

Susan Moran
Equidata Inc.
724 Thimble Shoals Boulevard
Newport News, VA 23606

January 6, 2017
File Number:  28019.3000
Invoice No:  748728

Matter:  FDCPA Claim: Ryals
$25,000 deductible (QBE LSS)
Claim Number: 387054N
Claim Representative: Dena Greenwood

### CURRENT BILLING THROUGH DECEMBER 31, 2016

| | |
|---|---:|
| Fees for Professional Services | $1,596.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$1,596.00** |
| | |
| Previous Balance Due | $11,517.10 |
| Payments/Adjustments | $0.00 |
| **TOTAL BALANCE DUE** | **$13,113.10** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

**Invoices are Due Upon Receipt - Pay Online Now with <u>Client Bill Pay</u> at www.leclairryan.com**
.

**THE FIRM'S HOURLY RATES ARE REVIEWED ANNUALLY AND MAY
CHANGE EFFECTIVE JANUARY 1ST UNLESS OTHERWISE AGREED**

**FOR ALL BILLING INQUIRIES
PLEASE CONTACT THE ACCOUNTS RECEIVABLE DEPARTMENT – 1.888.783.2003
Client.billing@leclairryan.com**

QBE North America
File Number: 28019.3000

Page 2
Invoice No: 748728

**PROFESSIONAL SERVICES**

| Date | Description | Init | Task | Activity | Hours | Rate | Amount |
|------|-------------|------|------|----------|-------|------|--------|
| 12/28/16 | Review status of discovery.  Draft letter to opposing counsel regarding overdue discovery requests and mediation. | ALC | L310 | A107 | 0.70 | 280.00 | **196.00** |
| 12/29/16 | Email client regarding order dismissing case. | ALC | L210 | A106 | 0.10 | 280.00 | **28.00** |
| 12/29/16 | Telephone conference with client regarding order granting motion to dismiss and potential motion for fees. | ALC | L210 | A106 | 0.30 | 280.00 | **84.00** |
| 12/29/16 | Email from opposing counsel regarding dismissal and offer to dismiss. | ALC | L210 | A107 | 0.10 | 280.00 | **28.00** |
| 12/29/16 | Review order on motion to dismiss. | ALC | L240 | A104 | 0.20 | 280.00 | **56.00** |
| 12/29/16 | Prepare motion for attorneys' fees. | ALC | L250 | A103 | 4.30 | 280.00 | 1,204.00 |
| | **Total Services:** | | | | **5.70** | | **$1,596.00** |

**SUMMARY OF SERVICES BY PHASE/TASK/WORK**

| | HOURS | AMOUNT | |
|---|-------|--------|---|
| **Phase: L200** | | | **Pre-Trial Pleadings and Motions** |
| L210 Pleadings | 0.50 | 140.00 | |
| L240 Dispositive Motions | 0.20 | 56.00 | |
| L250 Other Written Motions and Submissions | 4.30 | 1,204.00 | |
| TOTAL PHASE L200 | 5.00 | $1,400.00 | |
| **Phase: L300** | | | **Discovery** |
| L310 Written Discovery | 0.70 | 196.00 | |
| TOTAL PHASE L300 | 0.70 | $196.00 | |

**SERVICES RECAP**

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| ALC | Andrew L. Cole | $280.00 | 5.70 | $1,596.00 |

QBE North America
File Number: 28019.3000

Page 3
Invoice No: 748728

**<u>OUTSTANDING STATEMENTS AS OF JANUARY 6, 2017</u>**

| | | |
|---|---|---|
| Statement No: 737915 | 10/26/2016 | $10,873.10 |
| Statement No: 740610 | 11/10/2016 | $56.00 |
| Statement No: 745236 | 12/07/2016 | $588.00 |
| **TOTAL OUTSTANDING STATEMENTS** | | **$11,517.10** |


# LeClairRyan

P.O. Box 780054
Philadelphia, PA 19178-0054
(804) 783-2003

EIN NO: 41-2252451

Susan Moran
Equidata Inc.
724 Thimble Shoals Boulevard
Newport News, VA 23606

January 6, 2017
File Number:  28019.3000
Invoice No:  748728

Matter:      FDCPA Claim: Ryals
            $25,000 deductible (QBE LSS)
Claim Representative: Dena Greenwood
    Claim Number: 387054N

## CURRENT BILLING THROUGH DECEMBER 31, 2016

| | |
|---|---:|
| Fees for Professional Services | $1,596.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$1,596.00** |
| | |
| Previous Balance Due | $11,517.10 |
| Payments/Adjustments | $0.00 |
| **TOTAL BALANCE DUE** | **$13,113.10** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

**Please remit payment to LeClairRyan, P.O. Box 780054, Philadelphia, PA 19178-0054**
**Or**
**For Wire/ACH/Electronic Payments:**

Wells Fargo Bank N.A.              ABA Routing #121000248
420 Montgomery Street             ACH ABA Routing # 051400549
San Francisco, CA  94104          LeClairRyan Operating Account # 2055303688350
Please Reference Invoice or Matter Number(s).     Swift Code:  WFBIUS6S



P.O. Box 780054
Philadelphia, PA 19178-0054
(804) 783-2003

EIN NO: 41-2252451

Susan Moran
Equidata Inc.
724 Thimble Shoals Boulevard
Newport News, VA 23606

February 7, 2017
File Number:  28019.3000
Invoice No:  754096

Matter:  FDCPA Claim: Ryals
         $25,000 deductible (QBE LSS)
Claim Number: 387054N
Claim Representative: Dena Greenwood

## CURRENT BILLING THROUGH JANUARY 31, 2017

| | |
|---|---:|
| Fees for Professional Services | $2,184.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$2,184.00** |
| | |
| Previous Balance Due | $13,113.10 |
| Payments/Adjustments | $0.00 |
| **TOTAL BALANCE DUE** | **$15,297.10** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

**Invoices are Due Upon Receipt - Pay Online Now with Client Bill Pay at www.leclairryan.com**
.

**THE FIRM'S HOURLY RATES ARE REVIEWED ANNUALLY AND MAY
CHANGE EFFECTIVE JANUARY 1ST UNLESS OTHERWISE AGREED**

**FOR ALL BILLING INQUIRIES
PLEASE CONTACT THE ACCOUNTS RECEIVABLE DEPARTMENT – 1.888.783.2003**
Client.billing@leclairryan.com

QBE North America                                                                                    Page 2
File Number: 28019.3000                                                                    Invoice No: 754096

**PROFESSIONAL SERVICES**

| Date | Description | Init | Task | Activity | Hours | Rate | Amount |
|------|-------------|------|------|----------|-------|------|--------|
| 01/06/17 | Review and revise motion to permit attorneys' fees. | ALC | L460 | A103 | 4.70 | 280.00 | **1,316.00** |
| 01/09/17 | Review and request motion for attorneys' fees. | ALC | L460 | A103 | 0.70 | 280.00 | **196.00** |
| 01/10/17 | Review and revise motion for determination as to entitlement to attorneys' fees. | ALC | L460 | A103 | 0.20 | 280.00 | **56.00** |
| 01/11/17 | Review and revise motion for attorneys' fees and email same to client for review prior to filing. | ALC | L460 | A103 | 0.90 | 280.00 | **252.00** |
| 01/11/17 | Review, revise and file motion for attorneys' fees. | ALC | L460 | A103 | 0.80 | 280.00 | **224.00** |
| 01/11/17 | Email from client regarding Supreme Court decision of Marx v. General Revenue Corp. Review decision and respond to client. | ALC | L460 | A106 | 0.20 | 280.00 | **56.00** |
| 01/23/17 | Emails to and from opposing counsel requesting extension of deadline to oppose motion for attorneys' fees. | ALC | L460 | A107 | 0.20 | 280.00 | **56.00** |
| 01/30/17 | Review Plaintiff's motion to extend time to file reply to attorneys' fee motion. | ALC | L460 | A104 | 0.10 | 280.00 | **28.00** |
| | **Total Services:** | | | | **7.80** | | **$2,184.00** |

**SUMMARY OF SERVICES BY PHASE/TASK/WORK**

| | HOURS | AMOUNT | |
|---|-------|--------|---|
| **Phase: L400** | | | **Trial Preparation and Trial** |
| L460 Post-Trial Motions and Submissions | 7.80 | 2,184.00 | |
| TOTAL PHASE L400 | 7.80 | $2,184.00 | |

**SERVICES RECAP**

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| ALC | Andrew L. Cole | $280.00 | 7.80 | $2,184.00 |

QBE North America                                                                                        Page 3
File Number: 28019.3000                                                                    Invoice No: 754096

<u>**OUTSTANDING STATEMENTS AS OF FEBRUARY 7, 2017**</u>

| | | |
|---|---|---|
| Statement No: 737915 | 10/26/2016 | $10,873.10 |
| Statement No: 740610 | 11/10/2016 | $56.00 |
| Statement No: 745236 | 12/07/2016 | $588.00 |
| Statement No: 748728 | 01/06/2017 | $1,596.00 |
| **TOTAL OUTSTANDING STATEMENTS** | | **$13,113.10** |



**LeClairRyan**

P.O. Box 780054
Philadelphia, PA 19178-0054
(804) 783-2003

EIN NO: 41-2252451

Susan Moran
Equidata Inc.
724 Thimble Shoals Boulevard
Newport News, VA 23606

February 7, 2017
File Number:  28019.3000
Invoice No:  754096

Matter:     FDCPA Claim: Ryals
            $25,000 deductible (QBE LSS)
Claim Representative: Dena Greenwood
       Claim Number: 387054N

### CURRENT BILLING THROUGH JANUARY 31, 2017

| | |
|---|---:|
| Fees for Professional Services | $2,184.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$2,184.00** |
| | |
| Previous Balance Due | $13,113.10 |
| Payments/Adjustments | $0.00 |
| **TOTAL BALANCE DUE** | **$15,297.10** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

**Please remit payment to LeClairRyan, P.O. Box 780054, Philadelphia, PA 19178-0054**
Or
**For Wire/ACH/Electronic Payments:**

Wells Fargo Bank N.A.                ABA Routing #121000248
420 Montgomery Street               ACH ABA Routing # 051400549
San Francisco, CA  94104            LeClairRyan Operating Account # 2055303688350
Please Reference Invoice or Matter Number(s).    Swift Code:  WFBIUS6S



P.O. Box 780054
Philadelphia, PA 19178-0054
(804) 783-2003

EIN NO: 41-2252451

Susan Moran
Equidata Inc.
724 Thimble Shoals Boulevard
Newport News, VA 23606

March 8, 2017
File Number:  28019.3000
Invoice No:  759741

Matter:  FDCPA Claim: Ryals
         $25,000 deductible (QBE LSS)
Claim Number: 387054N
Claim Representative: Dena Greenwood

### CURRENT BILLING THROUGH FEBRUARY 28, 2017

| | |
|---|---:|
| Fees for Professional Services | $168.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$168.00** |
| | |
| Previous Balance Due | $15,297.10 |
| Payments/Adjustments | $0.00 |
| **TOTAL BALANCE DUE** | **$15,465.10** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

**Invoices are Due 30 Days from Invoice Date**
**Pay Online Now with Client Bill Pay at www.leclairryan.com**

FOR ALL BILLING INQUIRIES - PLEASE CONTACT:
THE ACCOUNTS RECEIVABLE DEPARTMENT – **1.888.783.2003** OR Client.billing@leclairryan.com

**THE FIRM'S HOURLY RATES ARE REVIEWED ANNUALLY AND MAY
CHANGE EFFECTIVE JANUARY 1ST UNLESS OTHERWISE AGREED**

QBE North America                                                                                      Page 2
File Number: 28019.3000                                                                   Invoice No: 759741

**PROFESSIONAL SERVICES**

| Date | Description | Init | Task | Activity | Hours | Rate | Amount |
|------|-------------|------|------|----------|-------|------|--------|
| 02/03/17 | Review order extending deadline to respond to motion for attorneys' fees. | ALC | L460 | A104 | 0.10 | 280.00 | **28.00** |
| 02/04/17 | Review docket re: response to motion to allow attorneys' fees.  Email client and adjuster re: plaintiff's failure to file opposition. | ALC | L460 | A106 | 0.20 | 280.00 | **56.00** |
| 02/07/17 | Review memorandum in opposition to request for attorneys' fees.  Email same to client. | ALC | L460 | A104 | 0.30 | 280.00 | **84.00** |
| | **Total Services:** | | | | **0.60** | | **$168.00** |

**SUMMARY OF SERVICES BY PHASE/TASK/WORK**

| | HOURS | AMOUNT | |
|---|-------|--------|---|
| **Phase: L400** | | | **Trial Preparation and Trial** |
| L460 Post-Trial Motions and Submissions | 0.60 | 168.00 | |
| TOTAL PHASE L400 | 0.60 | $168.00 | |

**SERVICES RECAP**

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| ALC | Andrew L. Cole | $280.00 | 0.60 | $168.00 |

QBE North America
File Number: 28019.3000

**OUTSTANDING STATEMENTS AS OF MARCH 8, 2017**

| | | |
|---|---|---|
| Statement No: 737915 | 10/26/2016 | $10,873.10 |
| Statement No: 740610 | 11/10/2016 | $56.00 |
| Statement No: 745236 | 12/07/2016 | $588.00 |
| Statement No: 748728 | 01/06/2017 | $1,596.00 |
| Statement No: 754096 | 02/07/2017 | $2,184.00 |
| **TOTAL OUTSTANDING STATEMENTS** | | **$15,297.10** |



P.O. Box 780054
Philadelphia, PA 19178-0054
(804) 783-2003

EIN NO: 41-2252451

Susan Moran
Equidata Inc.
724 Thimble Shoals Boulevard
Newport News, VA 23606

March 8, 2017
File Number:  28019.3000
Invoice No:  759741

Matter:      FDCPA Claim: Ryals
            $25,000 deductible (QBE LSS)
Claim Representative: Dena Greenwood
     Claim Number: 387054N

**CURRENT BILLING THROUGH FEBRUARY 28, 2017**

| | |
|---|---:|
| Fees for Professional Services | $168.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$168.00** |
| | |
| Previous Balance Due | $15,297.10 |
| Payments/Adjustments | $0.00 |
| **TOTAL BALANCE DUE** | **$15,465.10** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

**Please remit payment to LeClairRyan, P.O. Box 780054, Philadelphia, PA 19178-0054**
**Or**
**For Wire/ACH/Electronic Payments:**

Wells Fargo Bank N.A.                    ABA Routing #121000248
420 Montgomery Street                    ACH ABA Routing # 051400549
San Francisco, CA  94104                 LeClairRyan Operating Account # 2055303688350
Please Reference Invoice or Matter Number(s).    Swift Code:  WFBIUS6S



P.O. Box 780054
Philadelphia, PA 19178-0054
(804) 783-2003

EIN NO: 41-2252451

Susan Moran
Equidata Inc.
724 Thimble Shoals Boulevard
Newport News, VA 23606

July 12, 2017
File Number:  28019.3000
Invoice No:  779723

Matter:  FDCPA Claim: Ryals
          $25,000 deductible (QBE LSS)
Claim Number: 387054N
Claim Representative: Dena Greenwood

## CURRENT BILLING THROUGH JUNE 30, 2017

| | |
|---|---:|
| Fees for Professional Services | $28.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$28.00** |
| | |
| Previous Balance Due | $15,465.10 |
| Payments/Adjustments | $0.00 |
| **TOTAL BALANCE DUE** | **$15,493.10** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

**Invoices are Due 30 Days from Invoice Date**
**Pay Online Now with Client Bill Pay at www.leclairryan.com**

FOR ALL BILLING INQUIRIES - PLEASE CONTACT:
THE ACCOUNTS RECEIVABLE DEPARTMENT **– 1.888.783.2003** OR Client.billing@leclairryan.com

**THE FIRM'S HOURLY RATES ARE REVIEWED ANNUALLY AND MAY**
**CHANGE EFFECTIVE JANUARY 1ST UNLESS OTHERWISE AGREED**

QBE North America
File Number: 28019.3000

Page 2
Invoice No: 779723

**PROFESSIONAL SERVICES**

| Date | Description | Init | Task | Activity | Hours | Rate | Amount |
|------|-------------|------|------|----------|-------|------|--------|
| 06/12/17 | Review docket re: status of order. | ALC | L460 | A104 | 0.10 | 280.00 | **28.00** |
| | **Total Services:** | | | | **0.10** | | **$28.00** |

**SUMMARY OF SERVICES BY PHASE/TASK/WORK**

| | HOURS | AMOUNT | |
|---|-------|--------|---|
| **Phase: L400** | | | **Trial Preparation and Trial** |
| L460 Post-Trial Motions and Submissions | 0.10 | 28.00 | |
| TOTAL PHASE L400 | 0.10 | $28.00 | |

**SERVICES RECAP**

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| ALC | Andrew L. Cole | $280.00 | 0.10 | $28.00 |

QBE North America
File Number: 28019.3000

Page 3

Invoice No: 779723

**<u>OUTSTANDING STATEMENTS AS OF JULY 12, 2017</u>**

| | | |
|---|---|---|
| Statement No: 737915 | 10/26/2016 | $10,873.10 |
| Statement No: 740610 | 11/10/2016 | $56.00 |
| Statement No: 745236 | 12/07/2016 | $588.00 |
| Statement No: 748728 | 01/06/2017 | $1,596.00 |
| Statement No: 754096 | 02/07/2017 | $2,184.00 |
| Statement No: 759741 | 03/08/2017 | $168.00 |
| **TOTAL OUTSTANDING STATEMENTS** | | **$15,465.10** |



**LeClairRyan**

P.O. Box 780054
Philadelphia, PA 19178-0054
(804) 783-2003

EIN NO: 41-2252451

Susan Moran
Equidata Inc.
724 Thimble Shoals Boulevard
Newport News, VA 23606

July 12, 2017
File Number:  28019.3000
Invoice No:  779723

Matter:       FDCPA Claim: Ryals
              $25,000 deductible (QBE LSS)
Claim Representative: Dena Greenwood
      Claim Number: 387054N

### CURRENT BILLING THROUGH JUNE 30, 2017

| | |
|---|---:|
| Fees for Professional Services | $28.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$28.00** |
| | |
| Previous Balance Due | $15,465.10 |
| Payments/Adjustments | $0.00 |
| **TOTAL BALANCE DUE** | **$15,493.10** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

**Please remit payment to LeClairRyan, P.O. Box 780054, Philadelphia, PA 19178-0054**
**Or**
**For Wire/ACH/Electronic Payments:**

Wells Fargo Bank N.A.            ABA Routing #121000248
420 Montgomery Street           ACH ABA Routing # 051400549
San Francisco, CA  94104        LeClairRyan Operating Account # 2055303688350
Please Reference Invoice or Matter Number(s).     Swift Code:  WFBIUS6S

REMITTANCE