UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMBER RYALS,

    Plaintiff,

v.                                    Case No.: 3:16-cv-00164-MCR-CJK

EQUIDATA, INC.,

    Defendant.

_____/

## EXPERT AFFIDAVIT IN RESPECT TO ATTORNEY'S FEES

    BEFORE ME, the undersigned authority, personally appeared Sally B. Fox, who, after being first duly sworn, deposes and says:

    1.    Affiant is licensed to practice law in the State of Florida, is an active member of the Florida Bar in good standing and has been engaged in the practice of law in Escambia County, Florida/State of Florida for over thirty years and is admitted to practice in the United States District Court for the Northern District of Florida.

    2.    Affiant is familiar with the federal Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act, has handled cases involving these Acts and has provided seminar presentations on these Acts.

    3.    Affiant has reviewed the file in this case and discussed the legal services of Andrew Lynch Cole, Esquire, and others with the firm of LeClairRyan provided to Defendant in this case.

4. Affiant is of the opinion that a reasonable fee for the legal services of LeClairRyan in this case is $15,900.00.

5. Affiant's opinion as to the amount of a reasonable attorney's fee is based upon Mr. Cole's experience and training as a practicing attorney and the experience of his firm and his review of the case as set forth in Paragraph 3 above. Affiant believes that the number of hours expended by Andrew Lynch Cole, William Sleeth, and Alexander Green, in representing Defendant in the case is reasonable and that a reasonable hourly rate is $280.00 for attorneys' services for Andrew Lynch Cole and William Sleeth, and an hourly rate of $210.00 for Alexander Green.  In reaching this opinion, Affiant has considered the following factors:

    (a) The prevailing and typical rates in the legal market of the Northern District of Florida for similar services range from $185.00 to $225.00 for young associate lawyers such as Alexander Green with approximately 5 years experience, to a range from $265.00 to $300.00 for more experienced attorneys with approximately 18 years experience such as Andrew Cole;

    (b) The time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal services properly;

    (c) The likelihood that the acceptance of the particular employment will preclude employment of the Defendant's counsel by others or cause antagonisms with other clients;

    (d) The fee customarily charged in the locality for similar legal services;

    (e) The amount involved in the controversy and the benefits resulting to the Defendant;

    (f) The time limitation imposed by the Defendant or the circumstances;

(g) The nature and length of the professional relationship with the Defendant; and

(h) The contingency or certainty of a fee; and applied the above factors consistent with the decision in <u>Florida Patients' Compensation Fund v. Rowe</u>, 472 So.2d 1145 (Fla. 1985).

FURTHER AFFIANT SAYETH NOT.

_____
Affiant

STATE OF FLORIDA

COUNTY OF ESCAMBIA

The foregoing instrument was sworn to, subscribed and acknowledged before me this 5th day of October, 2017, by Sally B. Fox, who is personally known to me.

_____
Notary Public – State of Florida

DAVID S. BRIGHT
Notary Public, State of Florida
My Comm. Expires AUGUST 31, 2021
Commission No. GG 129947

3