# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**AMBER RYALS,**

    **Plaintiff,**

**v.**                                             **CASE NO. 3:16cv164-MCR-CJK**

**EQUIDATA, INC.,**

    **Defendant.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Amended Report and Recommendation dated November 15, 2017. ECF No. 29. The parties have been furnished a copy of the Amended Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Amended Report and Recommendation, and any objections thereto timely filed, I have determined that the Amended Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Amended Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant is hereby awarded $15,454.00 in attorneys' fees and $39.10 in costs.

3. Plaintiff shall remit that amount to defendant, through defendant's counsel, within 30 days of the date of this Order.

4. The Clerk shall close the file for administrative purposes and, upon the expiration of sixty (60) days without activity, close the case in its entirety for all purposes.

**DONE AND ORDERED** this 25th day of May 2018.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**